# HARRIS BEACH <sup>PLLC</sup>
ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

LEE E. WOODARD

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

December 2, 2009

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

Re:   Felicia M. Kearse - Case No 06-33461

Dear Clerk:

Enclosed please find two checks, one in the amount of $398.11 and one in the amount of $3.43 for the benefit of Crouse Endocrine Center, which represents their pro-rated share of dividends payable in the above case.

Please be advised that the address of Crouse Endocrine Center, East Syracuse, New York 13057.

Sincerely,

HARRIS BEACH PLLC

Lee E. Woodard

LEW/ca
Enc.

RECEIVED
DEC 07 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY